AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| FMF Corp I et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:19-cv-08777-CS |
| Strategic Funding Source, Inc et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs FMF Corp. I f/k/a Farmer's Market of Fort Salonga, Inc., Harbor Park realty, LLC, & Jacob Adoni   .

Date:    10/08/2019

/s Marcus Aurelius Nussbaum
*Attorney's signature*

Marcus A. Nussbaum, Esq. (MN9581)
*Printed name and bar number*

P.O. Box 245599
Brooklyn, NY 11224

*Address*

marcus.nussbaum@gmail.com
*E-mail address*

(201) 956-7071
*Telephone number*

(347) 572-0439
*FAX number*