UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FMF CORP I f/k/a FARMER'S MARKET OF
FORT SALONGA, INC., HARBOR PARK REALTY,
LLC, and JACOB ADONI,

                           Plaintiffs,

– against –

STRATEGIC FUNDING SOURCE, INC. d/b/a
KAPITUS, JASON BISHOP and
"JOHN DOES 1-25," the name "JOHN DOE"
being fictitious and meant to identify employees
of STRATEGIC FUNDING SOURCE, INC.,

                           Defendants.
-----------------------------------------------------------------------x

**ORDER**

No. 19-CV-8777 (CS)

Seibel, J.

      For the reasons stated on the record at the December 13, 2019 conference, it is hereby ORDERED that this action be REMANDED forthwith to the Supreme Court of the State of New York, County of Westchester; however, this Court will retain jurisdiction over Defendants' motion made pursuant to Federal Rule of Civil Procedure 11, if Defendants make such a motion.

**SO ORDERED.**

Dated: December 19, 2019
       White Plains, New York

                                        _____
                                        CATHY SEIBEL, U.S.D.J.